180 So. 902

## Ed WALKER v. STATE.
### 6 Div. 279.

Court of Appeals of Alabama.
April 12, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

180 So. 902

## Willie WALKER v. STATE.
### 5 Div. 45.

Court of Appeals of Alabama.
April 19, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

176 So. 926

## Nellie WALLACE v. STATE.
### 8 Div. 478.

Court of Appeals of Alabama.
June 15, 1937.

Rehearing Denied June 29, 1937.

Fred S. Parnell, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

177 So. 927

## Irie WARREN v. STATE.
### 4 Div. 355.

Court of Appeals of Alabama.
Jan. 11, 1938.

RICE, Judge.
Appeal dismissed on motion of appellant.

179 So. 927

## Dee WATKINS v. STATE.
### 8 Div. 645.

Court of Appeals of Alabama.
Feb. 8, 1938.

BRICKEN, Presiding Judge.
Affirmed.

184 So. 923

## Dixie WATKINS v. STATE.
### 8 Div. 734.

Court of Appeals of Alabama.
Nov. 1, 1938.

F. E. Throckmorton and Herbert Carmichael, both of Tuscumbia, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.